**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. __3:07-cv-157-H__**


The ESTATE OF CHARLES KURTZ, by and through
SHARON BLAIR, Administrator of the Estate of
Charles Kurtz                                                                      PLAINTIFF

v.                                            **NOTICE OF REMOVAL**


BARDSTOWN MEDICAL INVESTORS, LTD.,
CARE CENTERS MANAGEMENT GROUP, INC.
AND LIFE CARE CENTERS OF AMERICA, INC.                      DEFENDANTS


*** *** ***

Defendants, Bardstown Medical Investors, Ltd., Care Centers Management Group, Inc. and

Life Care Centers of America, Inc. for their Notice of Removal in this action, state as follows:

1. In this Notice of Removal, Defendants exercise their rights under the provisions of 28

U.S.C. §§ 1441 and 1446 to remove this action from the Circuit Court of Nelson County, Kentucky

to this Court.

2. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §

1332.

3. Upon information and belief, and according to Plaintiff's Complaint, Plaintiff is a citizen

of Kentucky and Charles Kurtz was a citizen of Kentucky.  Bardstown Medical Investors, Ltd. is a

Georgia corporation with its principal place of business in Georgia and thus is not a citizen of

Kentucky.  Care Centers Management Group, Inc. is a Tennessee corporation with its principal place

of business in Tennessee and thus is not a citizen of Kentucky.  Life Care Centers of America, Inc.

is a Tennessee corporation with its principal place of business in Tennessee and thus, is not a citizen

of Kentucky.  Therefore, there is complete diversity of citizenship in this case.

4. According to the Complaint filed by Plaintiff in this action, Charles Kurtz "developed

physical injuries and illnesses while in the care of Defendants, including, but not limited to bedsores

and pneumonia."  In addition, Plaintiff claims that Charles Kurtz suffered "mental abuse, neglect,

degradation and other mistreatment that resulted in great pain and suffering, medical expense and his eventual death." Plaintiff is also seeking punitive damages. Therefore, it reasonably appears from the Complaint that the amount in controversy exceeds the jurisdictional amount of $75,000.00.

5. Plaintiff commenced this action by filing a Complaint in Nelson County Circuit Court on March 2, 2007. Defendants were served on March 5, 2007. Therefore, because it is filed within thirty days after Defendants first received a copy of the Complaint, this Notice of Removal is timely under 28 U.S.C. § 1446. Moreover, the time for Defendants to answer or move with respect to this Complaint is not yet expired.

6. Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached hereto a  copy of the Complaint, which constitute the only papers received by Defendants in this case.

7. Written notice of the filing of this Notice of Removal will be given Plaintiff as required by law.

8. This action is not an action described in 28 U.S.C. § 1445.

9. A true copy of this Notice of Removal will be filed with the Clerk for Nelson County Circuit Court as required by law.

10. By filing this Notice of Removal, Defendants do not waive any defense based upon lack of personal jurisdiction or improper venue or any other defense.

11. Defendants seek to compel arbitration of this case pursuant to a signed "Voluntary Agreement for Arbitration," and ask this Court to compel said arbitration and to dismiss and/or stay the pending claim. A party does not waive its contractual right to arbitrate a dispute by removing the case to Federal court. American Bankers Life Assurance Company of Florida v. Bee Mister, 344 F.Supp.2d 966 (M.D. Miss. 2004); Golf Group, Inc. v. Greenwich Insurance Co., 231 F.Supp.2d 1147 (M.D. Ala. 2002); Lee v. Grand Cor Medical Systems, Inc., 702 F.Supp.252 (D.Colo. 1988).

Respectfully Submitted,


/s/ Marie E. Dever
William K. Oldham
Marie E. Dever
Blackburn, Hundley & Domene PLLC
614 West Main Street, Suite 3000
Louisville, Kentucky 40202
Tel:  (502) 584-1600
Fax: (502) 584-9971
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I electronically filed the foregoing and all supporting documents with the clerk of the court by using the CM/ECF system.

I further certify that I served a copy of the foregoing document and notice of electronic filing, by U.S. mail to the following:

William P. Koehler, III, Esq.
600 West Main Street, Suite 100
Louisville, Kentucky 40202


/s/ Marie E. Dever
Marie E. Dever

3