# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**ESTATE OF CHARLES LOUIS KURTZ**                                               **PLAINTIFF**

**VS**                                                                  **CIVIL ACTION NO. 3:07CV-157-H**

**BARDSTOWN MEDICAL INVESTORS LTD, et al.**                          **DEFENDANT(S)**

### ORDER

    Counsel for the defendant having notified the Court of a settlement in this matter (DN#21); **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within sixty (60) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: July 1, 2008

Copies to counsel